IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Respondent. | 8:18CV241<br><br>MEMORANDUM<br>AND ORDER |

　　　This matter is before me on correspondence from Petitioner Justin Gardner which I liberally construe as a motion. ([Filing No. 12](#).) Petitioner seeks permission to engage in discovery and to consent to trial before a magistrate judge. (*[Id.* at CM/ECF p. 2](#).) Upon careful consideration,

　　　IT IS ORDERED that Petitioner's letter, construed as a motion, ([filing no. 12](#)) is denied.

　　　Dated this 14th day of January, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge