IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

    Petitioner,

vs.

STATE OF NEBRASKA,

    Respondent.

8:18CV241

MEMORANDUM AND ORDER

This matter is before the court on Petitioner's Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). (Filing No. 36.) The court dismissed Petitioner's habeas petition with prejudice on June 12, 2019. (Filing Nos. 26 & 27.) Petitioner prosecuted an appeal to the Eighth Circuit Court of Appeals which denied a certificate of appealability and dismissed the appeal on October 4, 2019. (*See* Filing No. 34.) The mandate issued on October 25, 2019. (Filing No. 35.) This matter is closed, and no further action is required by the court. Accordingly,

IT IS ORDERED that: Petitioner's Motion to Dismiss (filing no. 36) is denied as moot.

Dated this 15th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge