IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Respondent. | **8:18CV241**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Notice of Appeal, Filing No. 67, filed by Petitioner on October 19, 2026. Petitioner appeals from the Court's Memorandum and Order dated September 1, 2026, Filing No. 66, in which the Court denied Petitioner's motions, Filing Nos. 64 & 65, and prohibited Petitioner from filing any future frivolous documents or motions in this closed habeas case or any of his other closed cases. Also before the Court is a memorandum from the Clerk of the Court requesting a ruling as to Petitioner's authorization to proceed in forma pauperis on appeal. Filing No. 68.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis . . .

> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> > (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The Court finds that because Petitioner proceeded IFP in the district court, he

may now proceed on appeal in forma pauperis without further authorization.

However, the Court will not issue a certificate of appealability in this case. A certificate of appealability is required to appeal from "the final order in a habeas corpus proceeding" brought pursuant to 28 U.S.C. § 2254. 28 U.S.C. § 2253(c)(1); *see also* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). In this case, Petitioner has failed to make a substantial showing of the denial of a constitutional right. The Court is not persuaded that the claims raised in Petitioner's motion are debatable among reasonable jurists, that a court could resolve the claims differently, or that the claims deserve further proceedings.

IT IS THEREFORE ORDERED that:

1. Petitioner may proceed on appeal in forma pauperis.
2. The Court will not issue a certificate of appealability in this case.

Dated this 20th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge